UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:25-cr-00019-AN |
| v. | **INFORMATION** |
| **SUANI HERNANDEZ-ESCOTO, DARWIN PERDOMO-MARTINEZ, and REYNALDO HERNANDEZ-ESCOTO,** | 21 U.S.C. § 856(a)(1) and 856(b) |
| | Forfeiture Allegation |
| **Defendants.** | |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Maintaining Drug-Involved Premises)**
**(21 U.S.C. § 856(a)(1) and 856(b))**

On or about May 2, 2024, within the District of Oregon, defendants **SUANI HERNANDEZ-ESCOTO, DARWIN PERDOMO-MARTINEZ, and REYNALDO HERNANDEZ-ESCOTO** did knowingly open, lease, rent, use, or maintain any place, to-wit: a residence on SE 92nd Avenue, Portland, Oregon, for the purpose of manufacturing, distributing, or using a controlled substance;

In violation of Title 21, United States Code, Section 856(a)(1) and 856(b).

///

///

///

## FORFEITURE ALLEGATION
**(Controlled Substance Offense)**

Upon conviction of the offense in Count 1, defendants **SUANI HERNANDEZ-ESCOTO, DARWIN PERDOMO-MARTINEZ, and REYNALDO HERNANDEZ-ESCOTO** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

Dated: January 16, 2025.                             Respectfully submitted,

                                                     NATALIE K. WIGHT
                                                     United States Attorney

                                                     /s/ *Scott Kerin*
                                                     SCOTT M. KERIN, OSB # 965128
                                                     Assistant United States Attorney